MARY J. HEANEY, Respondent, *v.* MICHAEL HEANEY, Appellant.

Argued March 1, 1939; decided April 4, 1939.

*Patrick J. Grace, Jr.,* for appellant.
*William S. O'Connell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.